# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FLOYD FOWLER,<br><br>Defendant. | CR NO: 1:16-MJ-00042 EPG<br><br>FILED<br>APR 13 2016<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY_____ DEPUTY CLERK |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: FLOYD FOWLER

Detained at: Fresno County Jail

Detainee is:  a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
              charging detainee with: _____

or  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☒ return to the custody of detaining facility **after appearing on April 15, 2016 at 1:30**

or  b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary APRIL 15, 2016 in the Eastern District of California.*

Signature: _/s/_
Printed Name & Phone No: Daniel J. Griffin
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on April 15, 2016 at 1:30 p.m and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: April 13, 2016          _E. P. G._
                               Honorable Erica P. Grosjean
                               U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | | DOB: | 08/25/1968 |
| Facility Address: | | Race: | |
| Facility Phone: | | FBI#: | 14697X11 |
| Currently | | CII | A07035547 |

## RETURN OF SERVICE

Executed on: _____
(signature)