# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 1:16-MJ-00042 EPG |
| **FLOYD FOWLER,** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum  ☐ Ad Testificandum

Name of Detainee: FLOYD FOWLER
Detained at: Fresno County Jail

Detainee is:
a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
   charging detainee with: _____
or
b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility **after appearing on April 20, 2016 at 1:30**
or
b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary APRIL 20, 2016 in the Eastern District of California.*

Signature: /s/ Laurel J. Montoya
Printed Name & Phone No: Laurel J. Montoya (559) 497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshals Service for this district, is hereby ORDERED to produce the named detainee, on April 20, 2016 at 1:30 p.m and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: April 19, 2016     /s/ Barbara A. McAuliffe
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | | DOB: | 08/25/1968 |
| Facility Address: | | Race: | |
| Facility Phone: | | FBI#: | 14697X11 |
| Currently | | CII | A07035547 |

## RETURN OF SERVICE

Executed on: _____  _____
(signature)